734 A.2d 199

**STATE of Maryland**

v.

**Donte SPIVEY, Stacey Dion Wilson, Jay Anderson, and William N. Harrison.**

**No. 55, Sept. Term, 1999.**

Court of Appeals of Maryland.

July 29, 1999.

Ann N. Bosse, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of Maryland, on brief), Baltimore, for appellant.

Arthur A. DeLano, Jr., Public Defender (Stephen E. Harris, Public Defender), Baltimore, for appellees.

Submitted to BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER and CATHELL, JJ.

PER CURIAM ORDER.

The Court having issued a writ of certiorari on its own motion in the above-captioned case, it is this 29th day of July, 1999,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Baltimore City be, and it is hereby, vacated, and the case is remanded to the Circuit Court for Baltimore City for reconsideration in light of *State v. Brown*, 355 Md. 89, 733 A.2d. 1044 (1999).